IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
**JUN 1 7 2009**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 09-30077-MJR |
| vs. ) | |
| ) | Title 18, United States Code, |
| TONY C. JOHNSON, ) | Sections 2252(a)(1), (a)(4) & (b)(1) |
| ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Possession of Child Pornography**

On or about January 21, 2009, within Madison County, Illinois, within the Southern District of Illinois,

**TONY C. JOHNSON**

defendant herein, did knowingly possess and attempt to possess an Acer Aspire computer that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that have been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252(a)(4).

## COUNT 2

### Transportation of Child Pornography

On or about August 21, 2008, within Madison County, Illinois, within the Southern District of Illinois,

**TONY C. JOHNSON,**

defendant herein, knowingly transported and attempted to transport a visual depiction in interstate or foreign commerce by any means, including by computer, the producing of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(1) & (b)(1).

**A TRUE BILL**

*Julie Bruggemann*
FOREPERSON

_____
NICOLE E. GOROVSKY
Assistant United States Attorney

_____
A. COURTNEY COX
United States Attorney

Recommended Bond: Detention